OPINIONS OF THE SUPREME COURT OF OHIO

**** SUBJECT TO FURTHER EDITING ****

The full texts of the opinions of the Supreme Court of Ohio are being transmitted electronically beginning May 27, 1992, pursuant to a pilot project implemented by Chief Justice Thomas J. Moyer.

Please call any errors to the attention of the Reporter's Office of the Supreme Court of Ohio. Attention: Walter S. Kobalka, Reporter, or Deborah J. Barrett, Administrative Assistant. Tel.: (614) 466-4961; in Ohio 1-800-826-9010. Your comments on this pilot project are also welcome.

NOTE: Corrections may be made by the Supreme Court to the full texts of the opinions after they have been released electronically to the public. The reader is therefore advised to check the bound volumes of Ohio St.3d published by West Publishing Company for the final versions of these opinions. The advance sheets to Ohio St.3d will also contain the volume and page numbers where the opinions will be found in the bound volumes of the Ohio Official Reports.

Cornell et al., Appellants, v. Parsons Coal Company et al., Appellees.
[Cite as Cornell v. Parsons Coal Co. (1994),    Ohio St.3d
.]
Appeal dismissed as improvidently allowed.
    (No. 93-1895 -- Submitted November 15, 1994 -- Decided December 14, 1994.)
    Appeal from the Court of Appeals for Columbiana County, No. 92-C-45.

    Schulman, Mestel & Burick Co., L.P.A., Allen Schulman, Jr. and Timothy B. Saylor, for appellants.
    Mansour, Gavin, Gerlack & Manos Co., L.P.A., Jeffrey M. Embleton and Roberta E. Blackham, for appellees.

    The cause is dismissed, sua sponte, as having been improvidently allowed.
    Moyer, C.J., A.W. Sweeney, Douglas, Wright, Resnick, F.E. Sweeney and Pfeifer, JJ., concur.